Decided July 3, 2007

### RICARDO PEREIRA *v.* COMMISSIONER OF CORRECTION

The petitioner Ricardo Pereira's petition for certification for appeal from the Appellate Court, 101 Conn. App. 397 (AC 26796), is denied.

*Temmy Ann Pieszak,* assistant public defender, in support of the petition.

*Ronald G. Weller,* senior assistant state's attorney, in opposition.

Decided July 3, 2007